UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-20618--JORDAN

UNITED STATES OF AMERICA   )
                           )
vs.                        )
                           )
LUIS REYES-RODRIGUEZ       )
                           )

**ORDER SETTING PRETRIAL SCHEDULE AND TRIAL DATE
AND REQUIRING FILING OF SPEEDY TRIAL REPORTS**

This case is set for trial during the two-week trial calendar beginning on October 14, 2008. If the case cannot be tried during this two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. All counsel must be present for calendar call at 9 a.m. on October 7, 2008, in Courtroom 10-1, of the United States Courthouse, 400 N. Miami Avenue, Miami, Florida.

The parties shall submit proposed *voir dire* questions, proposed jury instructions, and lists of proposed exhibits prior to the calendar call. Pre-trial motions shall be filed no later than September 26, 2008. Responses to motions shall be filed by the deadline set by Local Rule 7.1.C and in no event later than October 6, 2008. Unless otherwise ordered, motions shall not be referred to a magistrate judge. The parties shall also file speedy trial reports as required by Local Rule 88.5.B.

Counsel are reminded of 18 U.S.C. § 3143(a)(2), which mandates the detention of certain defendants upon an adjudication of guilt pending sentencing, subject to 18 U.S.C. § 3145(c) (explaining that notwithstanding § 3143 (a)(2), a defendant can be released if he meets the conditions of § 3143(a)(1) and it is clearly shown that there are "exceptional reasons" why detention would not be appropriate). *See, e.g., United States v. Hunter*, 947 F.2d 1239, 1240 (5th Cir. 1991).

Done and ORDERED in chambers in Miami, Florida, this 22nd day of September, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:     All counsel of record